WIGGINS *v.* BEALL, administrator, *et al.*

ATKINSON, J. Upon a careful consideration of the entire record, none of the grounds of the motion for new trial, complaining of the charge of the court and omissions to charge, when considered in the light of the pleadings and evidence and the charge in its entirety, show cause for a reversal. The evidence was sufficient to support the verdict, and there was no error in refusing a new trial.

*Judgment affirmed. All the Justices concur.*

No. 903. JANUARY 15, 1919.

Equitable petition. Before Judge Terrell. Carroll superior court. February 11, 1918.

*Raymond Robinson* and *Sidney Holderness,* for plaintiff. in error.

*Buford Boykin* and *Willis Smith,* contra.

---

SIRMANS *et al. v.* ROSE.

ATKINSON, J. The assignments of error on the rulings upon admissibility of evidence show no error. The portions of the charge excepted to stated correct principles of law, and were properly adjusted to the pleadings and evidence. The evidence was sufficient to support the verdict for the plaintiff, and there was no error in refusing a new trial.

*Judgment affirmed.* All the Justices concur.

No. 914. JANUARY 15, 1919.

Equitable petition. Before Judge Thomas. Lowndes superior court. March 16, 1918.

*W. D. Buie, Whitaker & Dukes,* and *Candler; Thomson & Hirsch,* for plaintiffs in error.

*E. K. Wilcox* and *Dan R. Bruce,* contra.